IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00443-DDD-NYW

JENNIFER WEISS,

    Plaintiff,

*v.*

BANNER HEALTH,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Order by Judge Daniel D. Domenico (**Doc. #59**) filed on September 19, 2019, granting Joint Motion for Determination (**Doc. #57**) it is

ORDERED that judgment is entered in favor of defendant Banner Health and against plaintiff Weiss.

ORDERED that costs are awarded to the defendant and against the plaintiff upon the filing of a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case will be closed.

DATED this 19th day of September, 2019.

                            ENTERED FOR THE COURT:
                            JEFFREY P. COLWELL, CLERK

                            s/Patricia Glover
                                Deputy Clerk