**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 1:17-cv-00443-WYD-NYW**

    JENNIFER M. WEISS

        Plaintiff,

vs.

    BANNER HEALTH,

        Defendant.

## PLAINTIFF'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure Rule 3, Notice is hereby given to all parties, and to Banner Health through its counsel, that Plaintiff Jennifer M. Weiss appeals to the United States Court of Appeals for the Tenth Circuit from the Order [Doc. #59] of The Honorable Daniel D. Domenico, filed in this case on September 19, 2019. The District Court entered a "Final Judgment" on September 19, 2019 [Doc. #60].

Respectfully submitted this 16th day of October, 2019.

        SILVERN & BULGER, P.C.

        *s/Thomas A. Bulger, Esq.*
        _____
        Thomas A. Bulger, Esq.
        Counsel for Plaintiff
        4800 Wadsworth Boulevard, Suite 307
        Wheat Ridge, Colorado   80033
        (3030 292-0044
        Facsimile (303) 292-1466
        Email: counsel@silvernbulger.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was served this 16th day of October, upon the following:

Franz Hardy, Esq.
Christine Kroupa, Esq.
Gordon & Rees LLP
*Via ECF*

Jennifer Weiss
P.O. Box 116
Atwood, Colorado 80722
*Via regular U.S. Mail*

*s/Teresa A. Neyman*

_____
Teresa A. Neyman